IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-_____ |
| v. | : | VIOLATIONS: |
| BRYANA MILLER | : | 18 U.S.C. § 2252(a)(2), (b)(1) (distribution/attempted distribution of child pornography – 3 counts) |
| | : | 18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about February 15, 2016 to on or about September 4, 2018, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**BRYANA MILLER**

knowingly distributed, and attempted to distribute, visual depictions using any means and facility of interstate and foreign commerce, the producing of which involved the use of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1).

## COUNT TWO

**THE GRAND JURY CHARGES THAT:**

From on or about September 5, 2018 to on or about October 2, 2018, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**BRYANA MILLER**

knowingly distributed, and attempted to distribute, visual depictions using any means and facility of interstate and foreign commerce, the producing of which involved the use of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1).

## COUNT THREE

**THE GRAND JURY CHARGES THAT:**

From on or about October 3, 2018 to on or about November 6, 2018, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

## BRYANA MILLER

knowingly distributed, and attempted to distribute, visual depictions using any means and facility of interstate and foreign commerce, the producing of which involved the use of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 21, 2018, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

## BRYANA MILLER

knowingly possessed matter, that is, two computers, including an HP 255 laptop bearing serial number E6369745, and an HP 635 laptop bearing serial number 5CB21027XQ, which contained visual depictions that had been shipped and transported in interstate and foreign commerce and were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct. The minors depicted included prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B), as set forth in this indictment, defendant

**BRYANA MILLER**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including, but not limited to:

(1) HP 255 laptop computer, serial number E6369745; and

(2) HP 635 laptop computer, serial number 5CB21027XQ

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**WILLIAM M. McSWAIN**
**United States Attorney**