

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Karen L. Grigsby*
*Direct Dial (215) 861-8572*
*Facsimile (215) 861-8618*
*E-mail Address Karen.grigsby@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 16, 2019

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    RE:   U.S. v. Bryana Miller
            Criminal No. 19-468

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on August 15, 2019.

                        Very truly yours,

                        WILLIAM M. McSWAIN
                        United States Attorney

                        KAREN L. GRIGSBY
                        Assistant United States Attorney